KENNETH M. WEINFIELD (SBN 116560)
**CHAUVEL & GLATT, LLP**
66 BOVET ROAD, SUITE 280
SAN MATEO, CA 94402
TELEPHONE: 650-573-9500
FACSIMILE: 650-573-9689
EMAIL: ken@chauvellaw.com

Attorneys for Plaintiff The Logistics Guys Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LOGISTICS GUYS INC., an Idaho corporation,<br><br>Plaintiff,<br><br>v.<br><br>DOMINICK CUEVAS, an individual, and TRIBAL LOGISTICS INC., a Texas Corporation, IMPALA FREIGHT INC., a California corporation, ADAM NESTA, an individual,<br><br>Defendants. | Case No. 2:23-CV-01592-DAD-CSK<br><br>**NOTICE OF MOTION AND MOTION OF PLAINTIFF THE LOGISTICS GUYS INC. FOR PRELIMINARY INJUNCTION**<br><br>**DATE:** May 21, 2024<br>**TIME:** 1:30 p.m.<br>**COURTROOM:** 4, 15th Floor<br>**JUDGE:** Hon. Dale A. Drozd |

TO DEFENDANTS DOMINICK CUEVAS, TRIBAL LOGISTICS INC., IMPALA FREIGHT INC. AND ADAM NESTA, AND THEIR COUNSEL OF RECORD:

Please take notice that on May 21, 2024 at 1:30 p.m. in Courtroom 4 of the above-titled court, located at 501 I Street, Sacramento, CA 95814, plaintiff The Logistics Guys Inc. will move, and hereby does move for a preliminary injunction against defendants Dominick Cuevas, Impala Freight Inc. and Adam Nesta. This motion is based upon this notice of motion and motion, the accompanying Memorandum of Points and Authorities in support thereof, the Declarations of Elijah Rodriguez, Jon

A. Berryhill and Kenneth M. Weinfield, the proposed Preliminary Injunction submitted herewith, all of the files or pleadings in this case, and any other materials received or admitted by the Court.

Dated: April 16, 2024　　　　　　　　　　CHAUVEL & GLATT, LLP

By: *Ken Weinfield*　　　　　　　　　　　
　　　Kenneth M. Weinfield
　Attorneys for Plaintiff The Logistics Guys Inc.