**PAUL L. CASS, ESQUIRE SBN 158323**
**7777 GREENBACK LANE #107**
**CITRUS HEIGHTS, CA 95610**
**PHONE: (916) 536. 1099**
**FAX: (916) 536. 0739**
**EMAIL:** *casslaws@aol.com*

**Attorney for** DOMINICK CUEVAS, TRIBAL LOGISTICS, INC; IMPALA FREIGHTS, INC, a California Corporation; ADAM NESTA, an individual

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LOGISTICS GUYS, INC, an Idaho corporation<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DOMINICK CUEVAS, an individual, and TRIBAL LOGISTICS, INC, a Texas Corporation; IMPALA FREIGHTS, INC, a California Corporation; ADAM NESTA, an individual<br><br>　　　　Defendants.<br><br>DOMINICK CUEVAS, and individual<br><br>　　　　Counter-Complainant<br><br>　　　　v.<br><br>THE LOGISTICS GUYS, INC, an Idaho corporation, and DOES 1 through 10 inclusive<br><br>　　　　Counter-Defendant | Case Number: 2:23-CV-01592-DAD-CSK<br><br>**STIPULATION AND <u>MODIFIED</u> <s>PROPOSED</s> ORDER RE DISCOVERY DEADLINE**<br><br><br><br><br><br>FAC COMPLAINT FILED: 10/04/2023<br><br>Discovery assigned to: Magistrate Judge CHI SOO KIM (CSK)<br><br>COURTROOM: 25, 8TH FLOOR |

Page 1

COMES NOW PAUL L. CASS, ESQUIRE for and behalf of defendants DOMINICK CUEVAS, an individual, and TRIBAL LOGISTICS, INC, a Texas Corporation; IMPALA FREIGHTS, INC, a California Corporation; ADAM NESTA, an individual and KENNETH WEINFIELD, ESQUIRE for and behalf of THE LOGISTICS GUYS, INC, an Idaho corporation and STIPULATES to the following:

[1]. The lawsuit was filed on August 2, 2023. The **SCHEDULING ORDER** (Doc # 39) issued on January 3, 2024 states that the discovery (inclusive of depositions) is to end on October 2, 2024 and that the trial is set for October 20, 2025;

[2]. The lawsuit was amended on October 4, 2023. A counter-claim was filed by Dominick Cuevas on 9/13/2023;

[3]. There have been numerous motions filed in the action. The parties, percipient witnesses, as well as numerous entities with information that need to be subpoenaed are located in many States across the United States. Plaintiff and defendants have yet to complete discovery. Some discovery has been propounded and responded. However, as the cost of litigation is significant, there have been discussions on the issue of settlement which have delayed completion of discovery.  The parties cannot complete discovery by the October 2, 2024 deadline imposed on the August 2, 2023 Standing Order. Much of the discovery is pertaining to numerous planned depositions of persons residing outside of Northen California including persons who are residents of other States;

[4]. For good cause all parties seek an order of the Court that the discovery deadline be moved from October 2, 2024 to April 15, 2025;

DATED:  **September 19. 2024**        BY: _____/s/ Paul L. Cass_____
                                    PAUL L. CASS SBN 158,323 FOR ALL DEFENDANTS

DATED:  **September 19, 2024**        BY: _____/s/ Kenneth Weinfield_____
                                    KENNETH WEINFIELD SBN 116,560 FOR PLAINTIFF

## ORDER

FOR GOOD CAUSE shown, the discovery deadline is extended from October 2, 2024 to April 15, 2025.

**On the Court's own motion, the following deadlines are hereby extended:**

Expert Discovery Deadline – From January 2, 2025 to **April 2, 2025**

Motion Deadline – From February 17, 2025 to **May 17, 2025**

Final Pre-Trial Conference – From August 12, 2025 to **January 27, 2026, at 1:30 p.m. by Zoom.**

Jury Trial – From October 20, 2025 to **March 30, 2026 at 9:00 a.m.**

Dated:  October 2, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, logi1592.23