KENNETH M. WEINFIELD (SBN 116560)
**CHAUVEL & GLATT, LLP**
66 BOVET ROAD, SUITE 280
SAN MATEO, CA  94402
TELEPHONE:  650-573-9500
FACSIMILE:  650-573-9689
EMAIL:  ken@chauvellaw.com

Attorneys for Plaintiff The Logistics Guys Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LOGISTICS GUYS INC., an Idaho corporation,<br><br>Plaintiff,<br><br>v.<br><br>DOMINICK CUEVAS, an individual, TRIBAL LOGISTICS INC., a Texas Corporation, IMPALA FREIGHT INC., a California corporation and ADAM NESTA, an individual,<br><br>Defendants. | Case No.  2:23-CV-01592-DAD-CSK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY CUTOFF**<br><br>**TRIAL DATE:** March 30, 2026 |

In light of the Court's recent denial (DOC 118) of plaintiff's motion to hold defendants in contempt, plaintiff The Logistics Guys Inc. and defendants Dominick Cuevas, Tribal Logistics Inc., Impala Freight Inc. and Adam Nesta, through their respective counsel of record, stipulate as follows:

1. Provided that the existing trial date of March 30, 2026 in this matter is maintained, the discovery cutoff in this matter shall be extended from April 15, 2025 to September 4, 2025

2. The cutoff for expert discovery shall be extended from April 2, 2025 to October 3, 2025

3. The motion hearing deadline is extended from May 17, 2025 to October 24, 2025

4. All other pre-trial and trial dates shall remain unchanged.

1

STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY CUTOFF

IT IS SO STIPULATED.

Dated: April 14, 2025                    CHAUVEL & GLATT, LLP

                                         /s/
                                 By: _____
                                     Kenneth M. Weinfield
                                 Attorneys for Plaintiff The Logistics Guys Inc.


Dated: April 14, 2025                    PAUL L. CASS, ESQUIRE

                                         /s/
                                 By: _____
                                     Paul L. Cass
                                 Attorney for Defendants Dominick Cuevas, Tribal
                                 Logistics, Inc; Impala Freight, Inc. and Adam Nesta


FOR GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated:  April 24, 2025


                                 _____
                                 HON. CHI SOO KIM
                                 UNITED STATES MAGISTRATE JUDGE


4, logi1592.23