UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LOGISTICS GUYS, INC., | Case No. 2:23-cv-01592-DAD-CSK |
| Plaintiff, | |
| v. | ORDER RE DISCOVERY DISPUTE |
| DOMINICK CUEVAS, et al., | (ECF No. 148) |
| Defendants. | |

On February 11, 2026, the Court held an informal discovery conference regarding the parties' discovery dispute as to (1) taking the Rule 30(b)(6) deposition of Plaintiff Logistic Guys Inc.'s witness, Elijah Rodriguez; (2) Plaintiff's production of various documents it has represented to Defendants Dominick Cuevas, Adam Nesta, and Impala Freight Inc. that Plaintiff would produce; and (3) Plaintiff's supplementation of its various responses to Defendants' Interrogatories, Requests for Admission (RFA), and Requests for Production (RFP). Jt. Disco. Stmt (ECF No. 148). Counsel Lenden Webb appeared for Plaintiff, and counsel Benjamin Tragish appeared for Defendants.

The Court granted in part and denied in part Defendants' discovery requests as summarized:

1) **Plaintiff's Rule 30(b)(6) Deposition (Elijah Rodriguez)**:  No objections were made regarding Defendant's right to take Plaintiff's Rule 30(b)(6) Deposition, and

1

the dispute focuses on requiring Plaintiff to confirm and schedule the deposition of Mr. Rodriguez. Plaintiff has requested that the Rule 30(b)(6) Deposition of Mr. Rodriguez be taken in Idaho due to his health issues. If the request is accommodated and Mr. Rodriguez's deposition is taken in-person in Idaho, Plaintiff will be required to pay the reasonable costs of one defense attorney's travel to Idaho and lodging to take Mr. Rodriguez's deposition in Idaho. Defendants may elect to take this deposition remotely, but are not required to do so. *See* Fed. R. Civ. P. 30(b)(4). Plaintiff also cannot continue to delay in confirming a date for Mr. Rodriguez's deposition. Because the current deadline for completion of fact discovery is March 20, 2026 (ECF No. 141), the parties are advised to promptly meet and confer regarding timelines and submit a joint request to extend deadlines for the court's review if necessary.

2) **Plaintiff's Document Production**: No objections were made regarding Defendants' Requests for Production (Set Two), and the dispute focuses on Plaintiff's failure to produce as previously agreed. *See* Jt. Disco. Stmt at 3. Plaintiff is ordered to produce **by February 25, 2026** the various documents it has represented to Defendants that it would produce. *See id*. Defendants had previously agreed to extend the deadline from the end of November 2025 to January 7, 2026, but Plaintiff failed to produce its documents. *See id.* If any documents are withheld on the basis of privilege, a privilege log must be produced and the parties are ordered to meet and confer in advance as to the general contents of the privilege log to avoid unnecessary litigation. *See* Fed. R. Civ. P. 26(b)(5)(A).

3) **Plaintiff's Supplementation of Its Responses**:  Plaintiff is ordered to supplement its responses **by February 25, 2026** to Defendants' Interrogatory (Set One) Nos. 2, 7-10, and 12; RFA (Set Two) Nos. 134-144; RFP (Set One) Nos. 6, 13, 14, 23-27, 31-37, 58, and 59; and RFP (Set Two) Nos. 77, 82-84, 87-94. *See* Jt. Disco. Stmt at 3 & ECF No. 148-1 at 2.

4) **Plaintiff's Optional Declaration from Mr. Rodriguez**:  If Plaintiff continues in its position that it cannot produce documents and supplement its discovery responses due to Mr. Rodriguez's health condition (*see* Jt. Disco. Stmt at 3), then Plaintiff must file a sworn declaration from Mr. Rodriguez **by close of business, February 17, 2026**, which the Court will consider as a request to modify the February 25, 2026 deadlines ordered above. This declaration must provide sufficient detail regarding the location, accessibility, and quantity of Plaintiff's documents to explain why documents cannot be collected and produced; why Plaintiff is unable to provide its documents to its counsel to review and produce responsive documents; why Plaintiff is unable to supplement is various discovery responses; and sufficient detail as to Mr. Rodriguez's health condition to explain why his health condition prevents him from participating in discovery including why Plaintiff's documents were not timely produced at the end of November 2025 when they were originally due through the present.

5) **Status Report**: By February 26, 2026, the parties shall file a brief Joint Status Report re: Discovery Status providing an update as to compliance with the Court's discovery order, and a confirmed date for Mr. Rodriguez's deposition.

It is so ordered.

Dated:  February 12, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

csk/logi1592.23.disc