UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

February 17, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

THE LOGISTICS GUYS INC., an Idaho Corporation,

Plaintiff,

v.

DOMINICK CUEVAS, et al,

Defendants.

No.   2:23-cv-1592-DAD-CSK

**MINUTE ORDER**

Pursuant to the parties stipulation and proposed order extending discovery deadlines submitted February 12, 2026,

IT IS HEREBY STIPULATED AND AGREED THAT:

1.  The initial expert disclosure deadline (*see* FRCP 26(a)(2)) shall be extended by 45-days from February 20, 2026 to April 6, 2026.

2.  The fact discovery completion date shall be extended by 45-days from March 20, 2026 to May 4, 2026.

3.  The deadline for rebuttal expert disclosures shall be extended by 45-days from March 20, 2026 to May 4, 2026.

4.  The expert discovery completion deadline shall be extended 45-days from April 20, 2026 to Thursday, June 4, 2026.

5.  All other pre-trial and trial dates shall remain unchanged.

/logi23cv1592.mo