UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| FILED |
| February 18, 2026 |
| CLERK, US DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA |

THE LOGISTICS GUYS, INC.,
                Plaintiff,

    v.

DOMINICK CUEVAS, et al.,
                Defendants.

No.   2:23-cv-01592-DAD-CSK

**MINUTE ORDER**

Plaintiff The Logistic Guys, Inc. has timely submitted a declaration from Elijah Rodriguez (ECF No. 153), which the Court construes as Plaintiff's request to modify and further extend the February 25, 2026 deadlines ordered for Plaintiff to produce documents and supplement its various discovery responses set forth in the Court's February 12, 2026 Order Re: Discovery Dispute (ECF No. 149).

It also appears that Mr. Rodriguez is requesting an extension until March 30, 2026 to have his deposition taken. 2/17/2026 Rodriguez Decl., Para. 15. The Court **GRANTS** the request for Mr. Rodriguez's deposition to be taken by March 30, 2026. The Court further notes that this March 30, 2026 deposition deadline falls within the recently continued deadline for fact discovery (ECF No. 152).

The Court **DENIES** Plaintiff's request to further extend the February 25, 2026 deadlines for Plaintiff to produce documents and supplement its various discovery responses because Plaintiff failed to comply with the Court's February 12, 2026 Discovery Order, which provided clear instructions.  While the health condition of its President and owner, Mr. Rodriguez, may warrant extending the deadline for completing Mr. Rodriguez's deposition, Plaintiff failed to offer sufficient explanation for continuing the deadline for Plaintiff's document production and supplemental discovery responses. Because Plaintiff had previously identified Mr. Rodriguez's health condition as justification for not timely producing documents and supplementing its discovery responses (see ECF No. 148 at 3), the Court's order provided clear instruction on what information Plaintiff would be required to provide in Mr. Rodriguez's declaration to justify extending such deadlines. *See* 2/12/2026 Order at 3. Mr. Rodriguez failed to provide the following information ordered to justify extending the deadline for Plaintiff's document production and supplemental discovery responses: "sufficient detail regarding the location, accessibility, and quantity of Plaintiff's documents to explain why documents cannot be collected and produced"; "why Plaintiff is unable to provide its documents to its counsel to review and produce responsive documents"; and "why Plaintiff is unable to supplement is various discovery responses." 2/12/2026 Order at 3.

Therefore, the Court denies Plaintiff's request and the February 25, 2026 deadlines set forth in the Court's February 12, 2026 Order Re: Discovery Dispute (ECF No. 149) remain in place.

It is so ordered.

Dated: February 18, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE